435 A.2d 267

Commonwealth v. Pauze, Appellant.

Submitted June 13, 1980.  John G. McDougall, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Judgment of sentence affirmed.